UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lasher Construction LLC

Case No.: 22-18853

Chapter: 11 (Small Business Subchapter V)

Judge: Poslusny

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

DATED: February 8, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been opened to the Court by __Lasher Construction LLC__, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. __3/9/2023__ is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. __3/9/2023__ is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for __March 16, 2023__ at __10:00AM__ for confirmation of the Plan before the Honorable __Jerrold N. Poslusny, Jr.__, United States Bankruptcy Court, District of New Jersey, __400 Cooper Street Camden, NJ 08101__, in Courtroom __4C__.

*new.2/19/2020*

2